FILED

OCT 19 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 09MJ3707 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO UNSEAL AND DISMISS** |
| v. | ) | **COMPLAINT WITHOUT PREJUDICE** |
| | ) | |
| IVAN LNU, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Complaint in the above-referenced case be unsealed and dismissed without prejudice as to defendant IVAN LNU.

**SO ORDERED.**

DATED: October 19, 2011.

HONORABLE LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE